# EXHIBIT A

# The Commonwealth of Massachusetts

**TRIAL COURT OF THE COMMONWEALTH
BOSTON MUNICIPAL COURT DEPARTMENT - CENTRAL DIVISION
EDWARD W. BROOKE COURT HOUSE, ROOM 6-540
24 NEW CHARDON STREET
BOSTON, MASSACHUSETTS 02114**

Small Claims No. __2013 01 SC 001208__

FINANCIAL RECOVERY SERVICES, INC.
4900 VIKING DRIVE
EDINA, MN 55435

Re: *PAUL JONES* vs. *FINANCIAL RECOVERY SERVICES, INC.*

## NOTICE OF SCHEDULED APPEARANCE

You are hereby notified that the above captioned action will be in order:

for: **TRIAL: SMALL CLAIMS MAGISTRATE HEARING**

on: **June 05, 2013**

at: **10:00 am**

in: **MAGISTRATE'S COURTROOM, FIRST FLOOR.**

Please refer to plaintiff's "Statement of Small Claim", a copy of which is attached.

Dated at Boston, Massachusetts, this: May 6, 2013.

Daniel J Hogan

CLERK / MAGISTRATE

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only. | DOCKET NO. 3SC/208 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|---|

**PART 1**

☐ BOSTON MUNICIPAL COURT          ☐ DISTRICT COURT _____ Division          ☐ HOUSING COURT _____ Division

**PART 2**

PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE
Paul Jones
W. State

PHONE NO. 888-633-3600

PLAINTIFF'S ATTORNEY (if any)
Name: _____
Address: _____
PHONE NO: _____   BBO NO: _____

**PART 3**

DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE
Financial Recovery Services Inc
4900 Viking Drive
Edina, MN 55435

PHONE NO. 763-503-5206

ADDITIONAL DEFENDANT (if any)
Name: _____
Address: _____
PHONE NO: _____

**PART 4**

PLAINTIFF'S CLAIM. The defendant owes $ 2000.00 plus $ 50.00 court costs for the following reasons: Give the date of the event that is the basis of your claim.

Defendant called my wireless # multiple times & I am charged for the call, which is a violation of the Telephone Consumer Practices act, Mgl 93A, & the Massachusetts Wire Tapping Law. Defendant failed to answer my Mgl 93A demand letter that I sent to them on April 1, 2013 by certified return mail # 7011 1000 0000 0048085. Plaintiff demands $500 for 1 phone call & violation of the Mgl 93A.

SIGNATURE OF PLAINTIFF  X  Paul Jones          DATE May 3, 2013

**PART 5**

MEDIATION: Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6**

MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the:
☑ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military

X  Paul Jones          May 3, 2013
SIGNATURE OF PLAINTIFF          DATE

**NOTICE OF TRIAL**

NOTICE TO DEFENDANT:
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT _____

DATE AND TIME OF TRIAL _____   DATE _____ AT _____ TIME _____   ROOM NO. _____

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

FIRST JUSTICE _____   CLERK MAGISTRATE OR DESIGNEE _____

DEFENDANT'S NOTICE (FIRST CLASS MAIL OR OFFICER SERVICE)   COURT USE ONLY

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.

DC-SC-1 (10/09)   ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÉS, OBTENGA UNA TRADUCCIÓN

I am going to file this State Suet Today A will give
you 3 DAYS From Receipt before I file the Federal FDCPA Suit

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only | DOCKET NO. | | Trial Courts of Massachusetts Small Claims Session |
|---|---|---|---|---|

| PART 1 | ☐ BOSTON MUNICIPAL COURT | ☐ DISTRICT COURT | | ☐ HOUSING COURT |
|---|---|---|---|---|
| | | | Division | Division |

**PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE:**

PART 2

Paul Jones

60 Stair St # 406

Des, ma 02169

PHONE NO: 888-653-3004

**PLAINTIFF'S ATTORNEY (if any)**

Name: _____

Address: _____

PHONE NO: _____    BBO NO: _____

**DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE**

PART 3

First Financial Recovery Services Inc

4900 Viking Drive

Edina, MN 55435

PHONE NO: 763-503-5206

**ADDITIONAL DEFENDANT (if any)**

Name: _____

Address: _____

PHONE NO: _____

**PLAINTIFF'S CLAIM.** The defendant owes $ 2000.00 plus $ 50.00 court costs for the following reasons: Give the date of the event that is the basis of your claim.

PART 4

Defendant called my wireless # multiple times & I am charged
for the call, which is a violation of the Telephone Consumer Practices
act, Mgl 93B, & the Massachusetts Wire Tapping Law. Defendant failed
to answer my Mgl 93A Demand letter that I sent to them
on April 1, 2013 By certified Return mail # 7011 3500 0000 0848 2850
Plaintiff Demands Above for 1 phone call B violation of the
Mgl 93A

SIGNATURE OF PLAINTIFF  X  Paul Jones          DATE 10/03/2013

PART 5

**MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.

☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

PART 6

☑ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.

☐ above defendant(s) is (are) serving in the military

X  Paul Jones
SIGNATURE OF PLAINTIFF          DATE

| NOTICE OF TRIAL | NOTICE TO DEFENDANT: You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right. If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney. | NAME AND ADDRESS OF COURT DATE AND TIME OF TRIAL | BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND | COURT COPY |
|---|---|---|---|---|

**EXHIBIT B**

**Paul M Jones**
**572 Park Street**
**Stoughton, Ma, 02072**                                   **April 1, 2013**

**Financial Recovery Services, Inc.**
**4900 Viking Drive**
**Edina, MN, 55435**
**FAX: 952-831-6700**

To whom it may concern,

I am writing to you under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, and the Consumer Protection Act. I am writing to request relief as outlined in that statute. Financial Recovery Services, Inc.has violated Federal & State Law and your call center is guilty of the following unfair or deceptive act(s) or practice(s).

Financial Recovery Services, Inc. has been calling my telephone number for which the called party is charged for the call with no prior express permission, this is a violation of the Telephone Consumer Protection Act, Massachusetts Unfair and Deceptive Trade Practices Act ,940 CMR 7.00 Massachusetts Debt Collections Practices Act. and the Federal Debt Collection Practices Act.

These are some of the **strongest** Consumer laws in the country, I have been damaged. Massachusetts enacted strict consumer protection statutes to protect against these types of actions and harm.

Financial Recovery Services, Inc. has violated all the above Consumer Laws by engaging in unfair and deceptive acts and practices including, but not limited to calling Paul Jones telephone number, using an Automatic Dialing System to leave messages without prior consent and failing to send the debtor the following notice in writing within 30 days after the first communication.

I believe that the (se) acts or practices are declared unlawful by Section 2 of Chapter 93A, and the 940 CMR 7.00 Massachusetts Debt Collections Practicees Act. Which declares unfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce unlawful.

I have suffered injury this letter serves as my request for the following relief: $45,000. Under the provisions of Section 9 Chapter 93A and 940 CMR 7.00 Massachusetts Debt Collections Practices Act.

I am providing you with the opportunity to make a written offer of settlement of this claim within 30 days. If you fail to make a good faith offer of settlement in response to this request, and I institute legal action, a court may award me double or triple damages, attorney's fees and costs if the court finds in my favor.

I may be reached at the address written above, or at pj22765@gmail.com thank you.

Sincerely,

Paul M Jones

Paul Jones

572 Park Street

Stoughton, Ma 02072

Financial Recovery Service LLC.                February 16, 2013
Corporate Head Quarters
4900 Viking Drive
Edina, Mn 55435
Tel: 952-831-4800
Fax: 952-831-6700

# NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure Financial Recovery Service
LLC.violations of the MGL 93a Unfair & Deceptive Trade Practices Act, Telephone Consumer
Protection Act ("TCPA") 47 U.S.C. §227(a)(3).

I am willing to settle these matters amicably without having to file suit and am giving you 14
days from receipt of this letter to take the opportunity to do so. If Financial Recovery Service
LLC.chooses not to settle the matters at hand then I will have no choice but to file suit and seek
my remedy in a court of law.

Financial Recovery Service LLC. violated the TCPA by calling my cell phone on several
different occasions from 7635035206, on 11/18/2011 and 11/28/2011 which is a violation of the
MGL 93a Unfair & Deceptive Trade Practices Act. As well as the TCPA.

I can be reached directly at 888-655-3004 or via email at pj22765@gmail.com

This Telephone number is not to be called, shared, or used for any purpose other than to

address the matters at hand.

Respectfully,

Paul Jones

888-655-3004

Pj22765@gmail.com