IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 13-CV-11309-RWZ

PAUL JONES,
            Plaintiff

vs.

FINANCIAL RECOVERY SERVICES,
INC.,
            Defendant

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant and subject to the provisions of Rule 16.1 of the Local Rules of the United

States District Court for the District of Massachusetts, the plaintiff and counsel for the

defendant have conferred concerning an agenda of matters to be discussed at the scheduling

conference (presently scheduled for July 11, 2013) and a proposed pretrial schedule for the case

and hereby submit the following Joint Statement:

**1.        Proposed Agenda**

The parties suggest that an appropriate agenda for the scheduling conference

would include setting a pretrial schedule, and establishing the scope of permissible

discovery.

**2.       Pending Motion**

Plaintiff's motion to Consolidate Cases & Motion For Leave to File First Amended
Complaint.

1

3.      **Summary of Position Asserted by Plaintiff**

Plaintiff alleges that defendant violated the Fair Debt Collection Practices Act, 15 U.S.C.

§1692 et seq., the Telephone Consumer Protection Act, 47 U.S.C. §227(a) et seq., M.G.L. c.93A,

and Massachusetts debt collection regulations, 940 C.M.R. 7.00.

Plaintiff asserts the need for a protective order to be entered by the Court to protect

against public disclosure of certain confidential information which the Plaintiff anticipates will

be requested by the Defendant in discovery.

4.      **Summary of Position Asserted by Defendant**

The defendant denies that it violated any law and asserts the affirmative defenses set

forth in its Answer.

The defendant asserts the need for a protective order to be entered by the Court to

protect against public disclosure of certain confidential and proprietary information which the

defendant anticipates will be requested by the Plaintiff in discovery.

5.      **Proposed Pre-Trial Schedule**

(a)     Initial Disclosures shall be completed no later than July 25, 2013.

(b)     Fact Discovery: All fact discovery shall be completed on or before January 30, 2013.

(c)     Naming Additional Parties, Amending Pleadings:  These requests shall be filed by February 15, 2014, with oppositions due 15 days after their filing.

(d)     Expert Witness Disclosures:  Plaintiff's expert disclosures shall be made on or before February 15, 2014, and defendant's disclosures within 30 days after plaintiff's are complete.

(e)     Expert Discovery:  If any, it shall be completed following fact discovery and expert disclosures, by April 1, 2014.

(f)     Dispositive Motions: Any such motions shall be filed on or before May 1, 2014.

2

Oppositions shall be due June 1, 2013.  Any reply to opposition shall be due on or before June 15, 2013.

**6.     Trial by Magistrate Judge**

The parties do not consent to trial by Magistrate Judge.  The parties jointly estimate that the trial will require two or three days.

**7.     Rule 16.1(c) Settlement Proposals**

Plaintiff Paul Jones Pro-se, has a pending Motion to consolidate & A Motion to Amend the Complaint on the Docket, at this time Plaintiff cannot make a settlement offer until Motions are ruled on.

**8.     Rule 16.1(d)(3) Certifications**

These will be submitted separately.


**PAUL JONES, pro se**

**FINANCIAL RECOVERY SERVICES, INC.**
By its attorney,


/s/ Paul Jones

/s/ Steven S. Broadley
_____

_____
572 Park Street
Stoughton, MA   02072
Pj22765@gmail.com

Steven S. Broadley, BBO #542305
Posternak Blankstein & Lund LLP
800 Boylston Street, 33rd Floor
Boston, MA  02199
617-973-6100
sbroadley@pbl.com

3

<u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that the foregoing document was filed this 2nd day of July, 2013 through the ECF filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by mail to Paul Jones, 572 Park Street, Stoughton, MA 02072 and by email at pj22765@gmail.com.


/s/ Steven S. Broadley

_____

Steven S. Broadley