UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL M JONES

Plaintiff                                                                 Civil Action No. 1:13-cv-11309-RWZ

V.

FINANCIAL RECOVERY SERVICE

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby agree and stipulate that all claims in this action shall be, and they hereby are, dismissed with prejudice and without costs. The parties waive all rights of appeal, and each shall bear their own attorneys fees and costs, the parties have settled this case.

_____
Paul Jones
572 Park Street
Stoughton, MA  02072
Pj22765@gmail.com

STEVE BROADLEY

Posternak Blankstein &

Lund LLP.

800 Boylston Street,

33rd Floor

Boston, MA

02199

617-973-6100

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was filed this 23rd day of July , 2013 and will be sent to the attorney of record below by email & US Mail.

_____
Paul Jones

572 Park Street

Stoughton, MA   02072 Pj22765@gmail.com

STEVE BROADLEY

Posternak Blankstein & Lund LLP

800 Boylston Street, 33rd Floor

Boston, MA   02199

617-973-6100

sbroadley@pbl.com